# Court of Appeals
# of the State of Georgia

ATLANTA,  January 06, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0675. SAMUEL v. BUTLER.**

This pro se appeal was docketed on November 28, 2022. The Appellant's brief and enumeration of errors were originally due on December 19, 2022. As of the date of this order, the Appellant still has not filed a brief and enumeration of errors complying with our rules, and the Appellant has not filed a motion for an extension of time. The Appellant's brief is over 17 days late. Accordingly, this appeal is deemed abandoned and hereby DISMISSED pursuant to Court of Appeals Rule 23 (a). See also Court of Appeals Rule 13.

The Clerk of Court is DIRECTED to send a copy of this order to the Appellant.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  01/06/2023*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.